IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SYVLIA DURHAM,

    Plaintiff,

vs.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Case No. 3:15-cv-416

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

---

## ORDER ADOPTING REPORT AND RECOMMENDATION

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #16), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. #16) is **ADOPTED** in full;

2. The Unopposed Motion for Attorney's Fee Award (Doc. #14) be **GRANTED**;

3. Fees, pursuant to 42 U.S.C. § 406(b), in the amount of $16,537.50 be **AWARDED**; and

4. This case remain terminated on the docket of this Court.

Date: 5-7-19

Walter H. Rice
UNITED STATES DISTRICT JUDGE